McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-MC-00176-MCE-KJN |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $13,200.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Derek Michael Chrans ("claimant"), by and through their respective counsel, as follows:

1. On or about August 21, 2017, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $13,200.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 25, 2017.

2. The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

1
Stipulation and Order to Extend Time

forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was November 17, 2017.

4. By Stipulation and Order filed November 28, 2017, the parties stipulated to extend to January 16, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed January 17, 2018, the parties stipulated to extend to February 15, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed February 15, 2018, the parties stipulated to extend to March 16, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed March 20, 2018, the parties stipulated to extend to April 30, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed May 2, 2018, the parties stipulated to extend to May 30, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed June 8, 2018, the parties stipulated to extend to June 29, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 28, 2018, the time in which the United States is required to file a civil complaint for forfeiture

2
Stipulation and Order to Extend Time

against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 28, 2018.

Dated: 6/29/18

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 6/28/18

/s/ Monroe D. McWard
MONROE D. MCWARD
Attorney for potential claimant
Derek Michael Chrans

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: July 2, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE