McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $13,200.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | 2:17-MC-00176-MCE-KJN<br><br>NOTICE OF ELECTION |

NOTICE IS HEREBY GIVEN that the United States elected not to file a complaint for forfeiture against the Approximately $13,200.00 in U.S. Currency.   Accordingly, this miscellaneous case may be closed.

Dated: 10/1/18　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　By:　　/s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney